**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Educap, Inc. v. Joanna Sanchez

Appellate case number:    01-12-01033-CV

Trial court case number:  980350

Trial court:          County Civil Court at Law No. 3 of Harris County

It is ordered that the motion for en banc reconsideration is denied.

Judge's signature:  /s/ Laura Carter Higley
                 Acting for the En Banc Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

Justice Sharp not participating.

Date: September 4, 2013